# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| WAYNE ELLIOTT WILKERSON, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:14-CV-00067-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| PAULA SMITH | ) | |
| FNU CLARK | ) | |
| FNU CAUSBY | ) | |
| FNU SAUNDERS | ) | |
| FNU SETZER | ) | |
| FNU MOOSE, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 13, 2016, Order.

    Signed:  October 13, 2016

_____
Frank G. Johns, Clerk
United States District Court